PAE AO 241
(Rev. 05/2018)

Page 4

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Pennsylvania |
|---|---|
| **Name (under which you were convicted):** Herbert Brown | **Docket or Case No.:** CP-09-CR-0006607-15 |
| **Place of Confinement:** SCI-Fayette | **Prisoner No.:** MN-8904 |
| **Petitioner** (Include the name under which you you were convicted): Herbert Brown | **Respondent** (Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner): Eric Armel |

v.

**and**

The District Attorney of the County of: Bucks

**and**

The Attorney General of the State of: Pennsylvania

## PETITION

1.  (a)  Name and location of court that entered the judgment of conviction you are challenging:
    Bucks County / Bucks county Justice Center 100 North Main Street
    Doylestown, PA. 18901

    (b)  Criminal docket or case number (if you know): CP-09-CR-0006607-15

2.  (a)  Date of judgment of conviction (if you know): August 11, 2016 / July 19, 2016

    (b)  Date of sentencing: August 11, 2016

3.  Length of sentence: 3, consecutive life sentences & 21 concurrent life sentences

4.  In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Failure to provide
    accurate registration information; Possession of child Pornography; 3-
    strike offender,

PAE AO 241
(Rev. 05/2018

6.  (a)  **What was your plea?** (Check one)

☑ (1)  Not Guilty            ☐ (3)  Nolo contendere (no contest)

☐ (2)  Guilty              ☐ (4)  Insanity plea

(b)  If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _Not guilty to: All charges_ _Failure to provide accurate registration information; Possession of_ _child Pornography_ _____

(c)  If you went to trial, what kind of trial did you have? (Check one)

☑ Jury            ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes            ☐ No

8.  Did you appeal from the judgment of conviction?

☑ Yes            ☐ No

9.  If you did appeal, answer the following:

(a)  Name of court: _Superior Court of Pa/ Supreme Court of Pa._

(b)  Docket or case number (if you know): _2002 EDA 2020_

(c)  Result: _____

(d)  Date of result (if you know): _Superior Court July 23, 2021 denied/ Supreme 1-12-2022 denied_

(e)  Citation to the case (if you know): _____

(f)  Grounds raised: _Trial court erred in denying post-conviction relief, trial counsel was_ _ineffective in the failure to seek exclusion admission of testimony of FBI agent_ _Sean Mullen; Petitioner belonged to a on-line nudist colony; legal photographs;_ _Trial court erred in denying Motion to suppress evidence obtained from a_ _warrantless search and extraction of the Galaxy S-3 cell phone it was_ _an unconstitutional search Pursuant to Riley 189 L.Ed 430, 1d a 19_ _Commonwealth v. Fulton 179 A.3d 475; Commonwealth v. Stem, 96 A.3d 407_

(g)  Did you seek further review by a higher state court?

☐ Yes            ☑ No

PAE AO 241
(Rev. 05/2018

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?

☐ Yes          ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(i) Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

☑ Yes          ☐ No

10.  If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Bucks County_

(2) Docket or case number (if you know): _CP-09-CR-0006607-15_

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _Motion to Suppress_

(5) Grounds raised: _Suppress evidence obtain from a warrantless and extraction of a Galaxy S-3 cell phone. Protection provided to cell phones by the U.S. Supreme Court in Riley/Wurie; 134 S.CT. 2473, 2485 189 L.Ed 2d 430; Fourth Amendment of the U.S Constitution and Articile I, section 8 of PA. Constitution Rule 205 Contents of a Search Rule 206; Com v. Stem 96 A.3d 407; Com v. Fulton, 179 A.3d 475_

PAE AO 241
(Rev. 05/2018



Page 7

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☑ No

(7) Result: _____ Denied _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes      ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

PAE AO 241
(Rev. 05/2018

Page 8

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion:

(1) First petition:     ☐ Yes    ☑ No
(2) Second petition:    ☐ Yes    ☑ No
(3) Third petition:     ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

added it in the PCRA issues

11.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
Pursuant to Riley v. California warrantless searches of cell phones violated U.S. Constitution amend. IV. / The Four Corners Pa R. Crim P. 203

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The affidavit and warrant authorized only an extraction of the Galaxy S-4 in a black case digital data. The detective could seize and secure the Galaxy S-3 in a Orange case to get a warrant for that different device. Testimony from the FBI agent established prejudice in that the man in texas had no connection with me whatsoever

(b)  If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

(c)  **Direct Appeal of Ground One:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        ☑ Yes        ☐ No

    (2)  If you did not raise this issue in your direct appeal, explain why? _____

        _____

        _____

(d)  **Post-Conviction Proceedings:**

    (1)  Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
state trial court?

        ☑ Yes        ☐ No

    (2)  If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition:  _PCRA_

        Name and location of the court where the motion or petition was filed:  _Bucks County_

        _100 N. Main Street Doylestown Pa. 18901_

        Docket or case number (if you know):  _No: CP-09-CR-6607-2015_

        Date of the court's decision:  _September 21, 2020_

        Result (attach a copy of the court's opinion or order, if available):  _____

        _____

    (3)  Did you receive a hearing on your motion or petition?        ☑ Yes        ☐ No

    (4)  Did you appeal from the denial of your motion or petition?   ☑ Yes        ☐ No

    (5)  If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        ☑ Yes        ☐ No

    (6)  If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed:  _Superior Court of PA._

        _Eastern District_

        Docket or case number (if you know):  _No: 2002 EDA 2020_

        Date of the court's decision:  _July 23, 2021_

PAE AO 241
(Rev. 07/10)

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _Ineffectiveness of trial Counsel_ _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Had trial Counsel filed a motion pre-trial to preclude FBI agents testimony_
_of Diehl's crimes or had trial counsel made objections at trial that_
_was completely irrelevant that the jury heard the outcome would_
_be different._

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

☑ Yes    ☐ No

PAE AO 241
(Rev. 07/10)

Page 11

(2) If you did not raise this issue in your direct appeal, explain why? _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes          ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes          ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes        ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why? _____

        _____

        _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes        ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: _____

PAE AO 241
(Rev. 07/10)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?           ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?       ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    ☐ Yes        ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

PAE AO 241
(Rev. 07/10)

_____

_____

_____

(b)  If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c)  **Direct Appeal of Ground Four:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        ☐ Yes    ☐ No

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)  **Post-Conviction Proceedings:**

    (1)  Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    ☑ No

    (2)  If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed: _____

_____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3)  Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

    (4)  Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

PAE AO 241
(Rev. 07/10)

    (5)  If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

         ☐ Yes       ☐ No

    (6)  If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed: _____

        _____

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available): _____

        _____

        _____

    (7)  If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

        _____

        _____

        _____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

        _____

        _____

        _____

        _____

12.    Please answer these additional questions about the petition you are filing:

    (a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?

        ☐ Yes       ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

        _____

        _____

        _____

PAE AO 241
(Rev. 07/10)

(b) Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

13. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?

☐ Yes        ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?

☐ Yes        ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

_____

_____

_____

15. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

PAE AO 241
(Rev. 07/10)

(c)  At trial: _____

_____

(d)  At sentencing: _____

_____

(e)  On appeal: _____

_____

(f)  In any post-conviction proceeding: _____

_____

(g)  On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

☐ Yes     ☑ No

(a)  If so, give the name and location of the court that imposed the other sentence you will serve in the future: _____

(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the other sentence: _____

(d)  Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?

☐ Yes     ☑ No

17.  **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition*

_____

_____

_____

_____

_____

_____

PAE AO 241
(Rev. 07/10)

Page 18

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State Court. The limitation period shall run from the latest of -

(A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _A new trial without the evidence obtin from the warrantless search of the Galaxy S-3, / and ineffectivenss of trial counsel_

or any other relief to which petitioner may be entitled.

_____
*Signature of Attorney (if any)*

PAE AO 241
(Rev. 07/10)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ___5-23 - 2022___.
*(month, date, year)*

Executed (signed) on ___May 23, 2022___ (date).

_____
*Signature of Petitioner*

If the person signing is not the petitioner, state the relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____
_____
_____

Smart Communications/PADOC

SCI-Fayette

Herbert Brown MN-8904

P.O. Box 33028

St. Petersburg, FL 33733



Clerk

United States District Court

for the Eastern District of Pennsylvania

601 Market St. Room 2609

Philadelphia, Pa. 19106

RECEIVED

JUN - 1 2022

U.S. X-RAY

U.S.